Walter A. Romney, Jr. #7975
Katherine E. Judd, #11567
**CLYDE SNOW & SESSIONS**
201 South Main Street, Thirteenth Floor
Salt Lake City, Utah 84111
Telephone Number: (801) 322-2516
war@clydesnow.com
kej@clydesnow.com
*Attorneys for Defendants Lorinda Hammons*
*and The LORIJO Family Trust*

Clifford V. Dunn, #933
Adam C. Dunn, #10926
**DUNN LAW FIRM**
110 West Tabernacle
P.O. Box 2318
St. George, UT  84770
Telephone Number:  (435) 628-5405
Fax:  (435) 628-4145
*Attorneys for Defendants William Hammons, the BILO 1989 Trust*
*Dated July 13, 1989, and the Hammons Family Limited Partnership*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT G. WING, as receiver for VESCOR CAPITAL CORP., a Nevada corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM J. HAMMONS, etc., *et al.*, <br><br> Defendants. | **ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** <br><br> Case No.:  2:12-cv-00259 <br><br> Judge Dee Benson |

The Court, having considered the Stipulated Motion to Approve Settlement and Dismiss with Prejudice filed by Plaintiff and Defendants, and finding good cause therefore, hereby GRANTS the Motion.

{00625602-1 }

The above-captioned action is dismissed with prejudice, each party will bear their own fees and costs.

DATED this 22nd day of July 2014.

BY THE COURT

*Hon. Dee Benson*
*United States District Court Judge*

**Approved as to form:**

**DUNN LAW FIRM**

/s/ Clifford Dunn
*Attorneys for Defendants William Hammons, the BILO 1989 Trust Dated July 13, 1989, and the Hammons Family Limited Partnership*
(*Signed by Filing Attorney with Permission* of Defendants' Attorney)


**RAY QUINNEY & NEBEKER**

/s/ Jared N. Parrish
*Attorneys for Plaintiff*
(*Signed by Filing Attorney with Permission* of Plaintiff's Attorney)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of July, 2014, a true and correct copy of the foregoing **ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** was electronically filed via the CM/ECF system, which provided service to those parties required by the ECF protocols.

/s/ Walter A. Romney, Jr.

{00625602-1}

3